LIBERTY MUTUAL INSURANCE COMPANY *v.*
DEREK REID
(2400)

TESTO, DUPONT and BORDEN, Js.

Argued February 10—decision released March 20, 1984

*Laurence V. Parnoff,* with whom, on the brief, was *F. J. Polesak, Jr.,* for the appellant (defendant).

*Michael A. Dowling,* with whom, on the brief, was *Edward J. Holahan, Jr.,* for the appellee (plaintiff).

PER CURIAM. This is a case involving an arbitration award made pursuant to an unrestricted submission. It is clear that the award conforms to the submission. Therefore any error of law claimed to have been committed by the arbitrator is not reviewable by the court.[1] *American Motorists Ins. Co.* v. *Brookman,* 1 Conn. App. 219, 470 A.2d 253 (1984); *Trumbull* v. *Trumbull Police Local 1745,* 1 Conn. App. 207, 470 A.2d 1219 (1984).

We disagree with the defendant's claim that the submission was restricted.

There is no error.

---

[1] This appeal, originally filed in the Appellate Session of the Superior Court, was transferred to the Supreme Court, and was, thereafter, transferred to this court. Public Acts, Spec. Sess., June, 1983, No. 83-29, § 2 (c).